AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JOHN RICHARD MOSS,

**Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO.  C2-10-1119**

**OFFICE OF THE OHIO**                        **JUDGE EDMUND A. SARGUS, JR.**
**PUBLIC DEFENDERS,**                        **MAGISTRATE JUDGE TERENCE P. KEMP**

**Defendant.**

_____    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or
trial**.**

    **Pursuant to the Order filed February 9, 2011, JUDGMENT is hereby entered
DISMISSING this case.**

Date: February 9, 2011                        JAMES BONINI, CLERK

_/S/ Andy F. Quisumbing_____
(By) Andy F. Quisumbing
Courtroom Deputy Clerk